```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         NORTHERN DIVISION
```

KEVIN W. TARPLEY,                )
                                 )
            Plaintiff,            )
                                 )
      v.                         )    No. 2:07-CV-37-DDN
                                 )
UNKNOWN FORD, et al.,            )
                                 )
            Defendants.           )

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 6th day of November, 2007

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**